Cushman Motor Delivery Company for use of Jersey Insurance Company of New York et al., Appellees, v. Monark Motor Freight System, Inc. and Carl Hug, Appellants.

Gen. No. 41,896.

opinion filed April 20, 1943. James L. Burden, for appellants; Harold L. Eisenstein, for appellees; Morris S. Telechansky, Abner Goldenson and Carl B. Aplon, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. ''Not to be published in full.''

Annie Metzger, Appellee, v. Fred B. Tidd, Appellant.

Gen. No. 41,946.

opinion filed April 20, 1943. Alfred M. Loeser, for appellant; Leonard W. Koplin, of counsel; Winston, Strawn & Shaw, for appellee; James H. Cartwright and Frank B. Gilmer, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. ''Not to be published in full.''